**CERTIFICATE TO BE FILED WITH NOTICE OF APPEAL**
**TO THE COURT OF APPEALS**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/19/2015 11:12:14 AM
CATHY S. LUSK
Clerk

APPELLATE NO.

TRIAL COURT NO. 349-7584

STATE OF TEXAS        *   IN THE 349TH JUDICIAL DISTRICT COURT

VS:            *     OF

GERALD GLENN TURNER     *     ANDERSON COUNTY, TEXAS

**The records in my office reflect the following information in this case:**

CASE TYPE: WRIT OF HABEAS CORPUS

DATE JUDGMENT OR APPEALABLE ORDER SIGNED: 02/02/2015

DATE MOTION FOR NEW TRIAL FILED: N/A

DATE NOTICE OF APPEAL FILED: 03/02/2015

DATE REQUEST FOR FINDINGS OF FACT FILED: 03/02/2015

DATE REQUEST FOR REPORTER'S RECORD FILED: 03/02/2015

PRESIDING TRIAL COURT JUDGE: PAM FOSTER FLETCHER

TRIAL COURT REPORTER(S): MISTY MCADAMS

WAS APPELLANT DECCLARED INDIGENT?       YES        NO: X

APPELLANT'S COUNSEL IS:    RETAINED: X      APPOINTED:      PRO SE:

APPELLANT'S      ATTORNEY: WM. M. HOUSE, JR.
              ADDRESS:    800 NORTH CHURCH
                          PALESTINE, TEXAS 75801
           TELEPHONE: 903-723-2077
           FAX #         903-723-6323
           EMAIL:        wmmhousejr@embarqmail.com
           STATE BAR CARD NO.: 10045000

APPELLEE'S       ATTORNEY: ALLYSON MITCHEL. Dist. Atty.

ADDRESS:    500 NORTH CHURCH ST.
                    PALESTINE, TEXAS 75801
TELEPHONE: 903-723-7400
EMAIL:       amitchel@co.anderson.tx.us
STATE BAR CARD NO.: 24026884

DATED THIS 19TH DAY OF MARCH, 2015.

JANICE STAPLES, DISTRICT CLERK

BY: _Becky Brewster_
DEPUTY – Becky Brewster

(Complete in duplicate – Original to 12th Court Of Appeals/Trial Court
1517 W. Front St., Ste. 354, Tyler, TX 75702;
www.12thcoa.courts.state.tx.us)

***PLEASE ATTACH A FILE-MARKED COPY OF THE NOTICE OF APPEAL TO THIS FORM. PLEASE BE SURE THAT ALL OF THE REQUESTED INFORMATION IS COMPLETE. THANK YOU.**

STATE OF TEXAS

VS.

*Gerald G. Turner*

**OFFENSE(S)**

MAN DEL CS
Engage OCH

FILED FOR RECORD

At 10:10 o'clock A.m.

FEB - 2 2015

JANICE STAPLES
District Clerk, Anderson County, TX
by_____ Dep.

CAUSE NO. 349-7584

**BOND(S)**

$25,000.00
$10,000.00

## CONDITIONS OF BOND

As a condition of bond the defendant is ordered not to commit any offense against the laws of Texas, of any other State or of the United States and:

Defendant must report in person to the Anderson County Bond Office, 500 N. Church Street, Room 15, Palestine, Texas 75801 by 10:00 a.m. the first business day (Monday – Friday) upon release from custody.

### Conditions with alleged victim (CCP 17.40-17.41)

☐ Defendant shall not communicate with any alleged victim as named in the indictment, information, complaint or any above named offense; nor go within 1,000 feet of any alleged victim's residence, school, or other location where victim is located.

### Home Curfew (CCP 17.43)

☒ Defendant shall submit to home curfew. Defendant shall remain inside his/her residence between the hours of __7__ p.m. to __7__ a.m. each day, unless otherwise approved by the Anderson County Bond Office for employment purposes.

### Conditions Related to Drug and Alcohol Testing (CCP 17.44)

☒ Defendant shall submit to random drug testing at the discretion of the Anderson County Bond Office. Defendant will pay for the cost of testing at the time of the drug test.

☒ Defendant shall abstain from using any alcohol, illegal or controlled substances not prescribed by a physician.

☒ Defendant must report in person to the Anderson County Bond Office:
☐ Weekly    ☒ Bi-weekly    ☐ Monthly    ☒ Or as modified by the Court or Anderson County Bond Office.

### Conditions requiring Motor Vehicle Ignition Interlock Device (Defendant charged with subsequent offense under 49.04 – 49.06 or an offense under 49.07 and 49.08 Texas Penal Code (CCP 17.441)

☐ Defendant shall have installed on the motor vehicle owned by defendant or driven by defendant, a device that uses deep lung breath analysis to make impractical the operation of a motor vehicle if ethyl alcohol is detected in the breath of the operator. The device shall be installed at the defendant's expense before the 30th day after the date the defendant is released on bond. The defendant shall not operate any motor vehicle not equipped with an interlock device.

☐ The Anderson County Bond Office shall verify that the interlock device has been installed and shall monitor its function monthly.

☐ Defendant shall have installed an active alcohol monitor device with GPS within 48 hours if not in custody or prior to release from custody.

☐ Defendant shall follow all recommendations and treatment plans from ACCESS.

### SPECIAL CONDITIONS ORDERED BY JUDGE:

_____

_____

_____

*Gerald Turn*
**Defendant's Printed Name**

_____
**Defendant's Signature**

*Pam Foster Fletcher*
**Presiding Judge**

*February 2, 2015*
**Date**

CIVIL DOCKET

BEAR GRAPHICS, INC.

371

CASE NO. 349-7584

| No. of Case | NAME OF PARTIES | ATTORNEYS | Kind of Action and Party Demanding Jury | DATE OF FILING | | |
|---|---|---|---|---|---|---|
| | | | | Month | Day | Year |
| 349-7584 | The State of Texas | Allyson Mitchell | Writ | 1 | 29 | 15 |
| | Pltf. | | | | | |
| Fee Book | vs. | | | Jury Fee, $ | | |
| Vol. Page | Gerald Glenn Turner William House | | | Paid by | | |
| | Deft. | | | Jury No. | | |

| | | MINUTE BOOK | | PROCESS |
|---|---|---|---|---|
| ORDERS OF COURT | | Vol. | Page | |

| Date of Orders | | | ORDERS OF COURT |
|---|---|---|---|
| Month | Day | Year | |
| 2 | 2 | 15 | Heard evidence on the Application for Writ of Habeas Corpus Seeking Release for Lack of Probable Cause and Delay under 17.151 Probable Cause found. Heard evidence on Bond Reduction. Man/Del CS 1-4 grams reduced to $25,000 and Engaging in Organized Criminal Activity reduced to $10,000.00 Conditions of bond added. $ Condition of Bond added. [signature] |